UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 3:13-CR-77 RLM |
| | ) | |
| GARY WRIGHT | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on September 9, 2013 [Doc. No. 21]. Accordingly, the court now ADOPTS those findings and the recommendation, ACCEPTS defendant Gary Wright's plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 18 U.S.C. § 924(c).

SO ORDERED.

ENTERED:   September 30, 2013

  /s/ Robert L. Miller, Jr.
 Judge
 United States District Court